UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TROY CARPENTER,                          )
                                  Petitioner,    )    No. C06-729-TSZ
       v.                                )
                                       )    ORDER DENYING
JEFFERY UTTECHT,                         )    § 2254 HABEAS PETITION
                                Respondent.    )
_____)

The Court, having reviewed the Petition for Writ of Habeas Corpus, Respondent's Answer, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Petitioner's Petition for Writ of Habeas Corpus (Dkt. #1) is DENIED; and this matter is DISMISSED with prejudice;

    (3)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Monica J. Benton.

DATED this 27th day of December, 2006.

_____
Thomas S. Zilly
United States District Judge

ORDER
PAGE - 1